# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED SEPTEMBER 5, 2014

## NO. 03-14-00330-CV

**Lester Tengley, Appellant**

**v.**

**Limestone Canyon Apts., Appellee**

## APPEAL FROM COUNTY COURT AT LAW NO. 1 OF TRAVIS COUNTY
## BEFORE JUSTICES PURYEAR, PEMBERTON, AND FIELD
## DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE FIELD

This is an appeal from the judgment signed by the trial court on April 30, 2014. Having reviewed the record, the Court holds that Lester Tengley has not prosecuted his appeal and did not comply with a notice from the Clerk of this Court. Therefore, the Court dismisses the appeal for want of prosecution. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.